UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PRICEWATERHOUSECOOPERS, LLP,

    Plaintiff,

v.

DPR CONSTRUCTION, INC.,

    Defendant.

CASE NO. C05-2071JLR

ORDER OF DISMISSAL

On January 9, 2006, this court issued an order to show cause directing Plaintiff to provide information regarding diversity jurisdiction by January 16, 2006. (Dkt. # 25). Despite the court's order, Plaintiff failed to provide any information that would remedy its deficient pleading.  Without allegations as to Defendant's principal place of business and the citizenship of each member of Plaintiff's limited liability partnership, Plaintiff has failed to plead sufficient facts necessary to invoke this court's subject matter jurisdiction under 28 U.S.C. § 1332.  See Kokkonen v. Guardian Life Ins., 511 U.S. 375, 377 (1994) (federal courts are presumptively without jurisdiction and the burden of establishing the contrary rests upon the party asserting jurisdiction).  Accordingly, the court DISMISSES the action without prejudice.

    Dated this 30th day of January, 2006.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL